**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RONALD OMAR OVALLES-TREJO,**<br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, FEDERAL DETENTION CENTER, PHILADELPHIA; MICHAEL ROSE, IN HIS OFFICIAL CAPACITY, FIELD OFFICE DIRECTOR, PHILADELPHIA FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID VENTURELLA, IN HIS OFFICIAL CAPACITY, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, IN HIS OFFICIAL CAPACITY, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-6935** |

**O R D E R**

**AND NOW**, this 16th day of September, 2026, upon consideration of the Verified Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), it is hereby **ORDERED** as follows:

1. Petitioner shall file a certificate of service verifying that the Petition has been served on Respondents.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**