**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RONALD OMAR OVALLES-TREJO,**<br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, FEDERAL DETENTION CENTER, PHILADELPHIA; MICHAEL ROSE, IN HIS OFFICIAL CAPACITY, FIELD OFFICE DIRECTOR, PHILADELPHIA FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID VENTURELLA, IN HIS OFFICIAL CAPACITY, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, IN HIS OFFICIAL CAPACITY, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,**<br>**Respondents.** | **CIVIL ACTION**<br><br>**NO. 26-6935** |

**ORDER**

**AND NOW**, this 22nd day of September, 2026, upon consideration of Respondents' Response In Opposition To Petition For Writ of Habeas Corpus (ECF No. 9 ("Response")), it is hereby **ORDERED** as follows:

1. Petitioner shall file and serve a reply on or before **September 29, 2026**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**